**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Christopher S. Wheaton,** **Civil No. 02-867 DSD/SRN**

**Plaintiffs,**

**v.** **ORDER OF RECUSAL**

**Xcel Energy,**

**Defendant.**

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

PLEASE TAKE NOTICE that the Pretrial Conference previously scheduled for June 21, 2002 is canceled. When this matter is reassigned to a new Magistrate Judge, counsel for the parties shall jointly contact that Magistrate Judge's calendar clerk to reschedule the pretrial conference.

DATED: June 18, 20020

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

6

JUN 18 2002
FILED
Richard D. Sletten, CLERK
Judgment Ent'd.
Deputy Clerk's Initials