# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Christopher S. Wheaton,

Plaintiff,

v.

Xcel Energy, Inc.,
f/k/a Northern States Power Company,
a Minnesota corporation,

Defendant.

Civil File No.: 02-CV-867 (DSD/AJB)

**NOTICE, CONSENT, AND ORDER OF REFERENCE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with provisions of 28 U.S.C. § 636(c), and Fed. R. Civ. P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

FILED JUL 23 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

DATED: July 11, 2002

Eric L. Crandall, Esq.
Attorney for Plaintiff
275 South Third Street
Suite 401
Stillwater, MN 55082
(651) 430-8187
Minn. Atty. Lic. No. 189492

DATED: July 15, 2002

Bruce A. Colt, Esq.
Attorney for Defendant
800 Nicollet Mall
Suite 2900
Minneapolis, MN 55402
(612) 215-4587
Atty Lic. No. 243899

**ORDER OF REFERENCE**

**IT IS ORDERED** that this case be referred to Arthur J. Boylan, United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

DATED: 7/22/02

David S. Doty
United States District Judge