**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Christopher S. Wheaton, Civil File No.: 02-CV-867 (AJB)

Plaintiff,

vs.

Xcel Energy, Inc.,
f/k/a Northern States Power Company
a Minnesota corporation,

Defendant.

---

**STIPULATION AND ORDER OF DISMISSAL**

---

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties stipulate to the dismissal of the above-entitled matter on the merits with prejudice, without costs or attorney fees to any party.

Dated: August 13, 2002

Eric L. Crandall, Esq.
Attorney for Plaintiff
275 South Third Street
Suite 101
Stillwater, MN 55082
(651) 430-8187
MN Atty. Lic. No. 189492

Dated: August 12, 2002

Bruce A. Colt, Esq.
Attorney for Defendant
800 Nicollet Mall
Suite 2900
Minneapolis, MN 55402
(612) 215-4587
MN Atty Lic. No. 243899

FILED AUG 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

# ORDER

Based upon the above stipulation, IT IS HEREBY ORDERED, that the above-entitled matter is dismissed with prejudice on its merits, but without costs or attorney fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 20th, 2002

Arthur J. Boylan
United States Magistrate Judge